Dear Abel Acosta, Clerk                                    11/12/15

RE: PD-1325-15

   I am writing you in regards to
said cause number, to notify you of my
changed address. Asking if you would
please send me all further notifications
and orders to this address below please?
An thank you in advance for your time
and consideration.

      Respectfully,
      Simeon D. Staten
      SIMEON DESHON STATEN
      BYRD UNIT #1889172
      21 F.M. 247
      HUNTSVILLE, TX. 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 7 2015

Abel Acosta, Clerk